UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION NO:

| | |
|---|---|
| **HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates** | |
| Plaintiff | **COMPLAINT** |
| vs. | RE:<br>93 Spicebush Drive, Wells, ME 04090 |
| | Mortgage:<br>September 26, 2006 |
| **Donna M. Lombardo** | Book 14965, Page 0615 |
| | Loan Modification |
| Defendant | September 27, 2006<br>Book 14965, Page 637 |
| **LVNV Funding, LLC** | |
| Party-In-Interest | |

NOW COMES the Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Donna M. Lombardo, as follows:

JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs.  Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested

party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, in which the Defendant, Donna M. Lombardo and Jeffrey A. Dowell a/k/a Jeffrey Dowell, are the obligor and the total amount owed under the terms of the Note is Five Hundred Four Thousand Two Hundred Forty-Eight and 24/100 ($504,248.24) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates is a corporation organized under the laws of the State of Texas, with its principal place of business located at 7105 Corporate Drive, Plano, TX 75024.

5. The Defendant, Donna Lombardo, is a resident of Wells, County of York and State of Maine.

6. The Party-in-Interest, LVNV Funding, LLC, is located at 200 Meeting Street, Suite 206, Greenville, SC 29601.

## FACTS

7. On September 26, 2006, by virtue of a Warranty Deed from York County Federal Credit Union, which is recorded in the York County Registry of Deeds in **Book 14965, Page 613**, the property situated at 93 Spicebush Drive, County of York, and State of Maine, was conveyed to the Defendant, Donna M. Lombardo and Jeffrey Dowell, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

8. On September 26, 2006, the Defendant, Donna M. Lombardo and Jeffrey Dowell a/k/a Jeffrey A. Dowell, executed and delivered to New Century Mortgage Corporation a certain Note in the amount of $244,000.00. Defendant, Donna M. Lombardo's personal liability is limited and/or extinguished by the Chapter 7 bankruptcy filed which resulted in a bankruptcy discharge. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

9. To secure said Note, on September 26, 2006, the Defendant, Donna M. Lombardo and Jeffrey Dowell a/k/a Jeffrey A. Dowell, executed a Mortgage Deed in favor of Mortgage Electronic Registration Systems Inc. as nominee for New Century Mortgage Corporation, securing the property located at 93 Spicebush Drive, Wells, ME 04090 which Mortgage Deed is recorded in the York County Registry of Deeds in **Book 14965**, **Page 0615**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

10. Jeffrey A. Dowell a/k/a Jeffrey Dowell died on December 1, 2017.

11. The legal description integrated as part of Exhibit C contains a scrivener's error in that the "Plan of Wells Highlands, Phase 11" should have referenced "Plan of Wells Highlands, Phase II".

12. The Mortgage was then assigned to HSBC Bank USA, National Association for the Benefit of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates by virtue of an Assignment of Mortgage dated September 5, 2007 and recorded in the York County Registry of Deeds in **Book 15253**, **Page 0352**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

13. The Mortgage was assigned to HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates by virtue of a Quitclaim Assignment dated March 5, 2018 and recorded in the York County Registry of Deeds in **Book 17676**, **Page 155**. *See* Exhibit E (a true and correct copy of the Quitclaim Assignment is attached hereto and incorporated herein).

14. On September 26, 2006, the Defendant, Donna M. Lombardo and Jeffrey Dowell a/k/a Jeffrey A. Dowell, executed a Home Affordable Modification Agreement which modified the terms of the Mortgage (herein after referred to as the "Loan Modification"). *See* Exhibit F (a true and correct copy of the Loan Modification is attached hereto and incorporated herein).

15. On March 29, 2018, the Defendant, Donna M. Lombardo, were sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). Defendant, Donna M. Lombardo's personal liability is limited and/or extinguished by the Chapter 7 bankruptcy filed which resulted in a bankruptcy

discharge. *See* Exhibit G (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

16. The Demand Letter informed the Defendant, Donna M. Lombardo, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit G.

17. The Defendant, Donna M. Lombardo, failed to cure the default prior to the expiration of the Demand Letter.

18. The Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., 10 M.R.S. § 9416, and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

19. The Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, is the lawful holder and owner of the Note and Mortgage.

20. The Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 were strictly performed.

21. LVNV Funding, LLC is a Party-in-Interest pursuant to a Writ of Execution in the amount of $1,514.17 dated June 24, 2010, and recorded in the York County Registry of Deeds in **Book 15906**, **Page 866** and is in second position behind Plaintiff's Mortgage.

22. The total debt owed under the Note and Mortgage as of May 3, 2019, is Five Hundred Four Thousand Two Hundred Forty-Eight and 24/100 ($504,248.24) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $264,659.95 |
| Interest | $198,852.79 |
| Escrow Advance | $40,382.38 |
| Late Fees | $45.48 |
| Suspense Balance | $-1,290.54 |
| Recoverable Balance | $1,506.00 |
| Accumulated Late Fees | $92.18 |
| Grand Total | $504,248.24 |

23. Upon information and belief, the Defendant, Donna M. Lombardo, are presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE

24. The Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, repeats and re-alleges paragraphs 1 through 23 as if fully set forth herein.

25. This is an action for foreclosure respecting a real estate related Mortgage and title located at 93 Spicebush Drive, Wells, County of York, and State of Maine.  *See* Exhibit A.

26. The Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, is the holder of the Note referenced in Paragraph 9 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and

*Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, has the right to foreclosure upon the subject property.

27. The Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, is the current owner and investor of the aforesaid Mortgage and Note.

28. The Defendant, Donna M. Lombardo, is presently in default on said Mortgage and Note, having failed to make the monthly payment due September 1, 2008, and all subsequent payments, and, therefore, have breached the condition of the aforesaid Mortgage and Note.

29. The total debt owed under the Note and Mortgage as of May 3, 2019, is Five Hundred Four Thousand Two Hundred Forty-Eight and 24/100 ($504,248.24) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $264,659.95 |
| Interest | $198,852.79 |
| Escrow Advance | $40,382.38 |
| Late Fees | $45.48 |
| Suspense Balance | $-1,290.54 |
| Recoverable Balance | $1,506.00 |
| Accumulated Late Fees | $92.18 |
| Grand Total | $504,248.24 |

30. The record established through the York County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

31. By virtue of the Defendants' breach of condition, the Plaintiff hereby demands a foreclosure on said real estate, as affected by Defendant, Donna M. Lombardo's discharge in bankruptcy and, accordingly, this action **does not** seek any Personal liability on the part of the Defendant, Donna M. Lombardo, but only seeks in rem judgment against the property.

32. Notice in conformity with 14 M.R.S.A. §6111 was sent to the Defendant, Donna M. Lombardo, on March 29, 2018, evidenced by the Certificate of Mailing.  *See* Exhibit G.

33. The Defendant, Donna M. Lombardo, is not in the Military as evidenced by the attached Exhibit H.

## COUNT II – BREACH OF NOTE

34. The Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, repeats and re-alleges paragraphs 1 through 33 as if fully set forth herein.

35. On September 26, 2006, the Defendants, Donna Lombardo and Jeffrey A. Dowell, executed and delivered to New Century Mortgage Corporation a certain Note in the amount of $244,000.00.  *See* Exhibit B.

36. The Defendants, Donna Lombardo and Jeffrey A. Dowell, are in default for failure to properly tender the September 1, 2008 payment and all subsequent payments.  *See* Exhibit G

37. The Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Donna M. Lombardo.

38. The Defendant, Donna M. Lombardo, having failed to comply with the terms of the Note and Mortgage, are in breach of both the Note and the Mortgage.

39. The Defendant Donna M. Lombardo's breach is knowing, willful, and continuing.

40. The Defendant Donna M. Lombardo's breach has caused Plaintiff HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

41. The total debt owed under the Note and Mortgage as of May 3, 2019, if no payments are made, is Five Hundred Four Thousand Two Hundred Forty-Eight and 24/100 ($504,248.24) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $264,659.95 |
| Interest | $198,852.79 |
| Escrow Advance | $40,382.38 |
| Late Fees | $45.48 |
| Suspense Balance | $-1,290.54 |
| Recoverable Balance | $1,506.00 |
| Accumulated Late Fees | $92.18 |
| Grand Total | $504,248.24 |

42. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

43. The Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, repeats and re-alleges paragraphs 1 through 42 as if fully set forth herein.

44. By executing, under seal, and delivering the Note, the Defendant, Donna M. Lombardo, entered into a written contract with New Century Mortgage Corporation who agreed to loan the amount of $244,000.00 to the Defendants.  *See* Exhibit B.

45. As part of this contract and transaction, the Defendant, Donna M. Lombardo, executed the Mortgage to secure the Note and the subject property.  *See* Exhibit C.

46. The Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, is the proper holder of the Note and successor-in-interest to New Century Mortgage Corporation, and has performed its obligations under the Note and Mortgage.

47. The Defendant, Donna M. Lombardo, breached the terms of the Note and Mortgage by failing to properly tender the September 1, 2008 payment and all subsequent payments.  *See* Exhibit G.

48. The Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, is the proper holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Donna M. Lombardo.

49. The Defendant, Donna M. Lombardo, having failed to comply with the terms of the Note and Mortgage, are in breach of contract.

50. The Defendant, Donna M. Lombardo, is indebted to HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates in the sum of Five Hundred Four Thousand Two Hundred Forty-Eight and 24/100 ($504,248.24) Dollars, for money lent by the Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust

for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, to the Defendants.

51. Defendant Donna M. Lombardo's breach is knowing, willful, and continuing.

52. Defendant Donna M. Lombardo's breach has caused Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

53. The total debt owed under the Note and Mortgage as of May 3, 2019, if no payments are made, is Five Hundred Four Thousand Two Hundred Forty-Eight and 24/100 ($504,248.24) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $264,659.95 |
| Interest | $198,852.79 |
| Escrow Advance | $40,382.38 |
| Late Fees | $45.48 |
| Suspense Balance | $-1,290.54 |
| Recoverable Balance | $1,506.00 |
| Accumulated Late Fees | $92.18 |
| Grand Total | $504,248.24 |

54. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

## COUNT IV – QUANTUM MERUIT

55. The Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, repeats and re-alleges paragraphs 1 through 54 as if fully set forth herein.

56. New Century Mortgage Corporation, predecessor-in-interest to HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, loaned Defendant, Donna M. Lombardo and Jeffrey Dowell a/k/a Jeffrey A. Dowell, $244,000.00. *See* Exhibit B.

57. The Defendant, Donna M. Lombardo, is in default for failure to properly tender the September 1, 2008 payment and all subsequent payments. *See* Exhibit G.

58. As a result of the Defendants' failure to perform under the terms of their obligation, the Defendant, Donna M. Lombardo, should be required to compensate the Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates.

59. As such, the Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, is entitled to relief under the doctrine of *quantum meruit*.

## COUNT V – UNJUST ENRICHMENT

60. The Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed

Pass-Through Certificates, repeats and re-alleges paragraphs 1 through 59 as if fully set forth herein.

61. New Century Mortgage Corporation, predecessor-in-interest to HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, loaned the Defendants, Donna M. Lombardo and Jeffrey Dowell a/k/a Jeffrey A. Dowell, $244,000.00. *See* Exhibit B.

62. The Defendant, Donna M. Lombardo, has failed to repay the loan obligation.

63. As a result, the Defendant, Donna M. Lombardo, has been unjustly enriched to the detriment of the Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates as successor-in-interest to New Century Mortgage Corporation by having received the aforesaid benefits and money and not repaying said benefits and money.

64. As such, the Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, is entitled to relief.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, prays this Honorable Court:

a) Issue a judgment of foreclosure in conformity with Title 14 § 6322; as affected by Defendant, Donna M. Lombardo's discharge in bankruptcy and, accordingly, this action

  **does not** seek any personal liability on the part of the Defendant, Donna M. Lombardo, but only seeks in rem judgment against the property;

b) Grant possession to the Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, upon the expiration of the period of redemption;

c) Find that the Defendant, Donna M. Lombardo, is in breach of the Note by failing to make payment due as of September 1, 2008, and all subsequent payments;

d) Find that the Defendant, Donna M. Lombardo, is in breach of the Mortgage by failing to make payment due as of September 1, 2008, and all subsequent payments;

e) Find that the Defendant, Donna M. Lombardo, entered into a contract for a sum certain in exchange for a security interest in the subject property;

f) Find that the Defendant, Donna M. Lombardo, is in breach of contract by failing to comply with the terms and conditions of the Note and Mortgage by failing to make the payment due September 1, 2008, and all subsequent payments;

g) Find that the Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, is entitled to enforce the terms and conditions of the Note and Mortgage;

h) Find that by virtue of the money retained by the Defendant, Donna M. Lombardo has been unjustly enriched at the Plaintiff's expense;

Case 2:19-cv-00291-NT   Document 1   Filed 06/25/19   Page 15 of 16   PageID #: 15

i) Find that such unjust enrichment entitles the Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, to restitution;

j) Find that the Defendant, Donna M. Lombardo, is liable to the Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, for money had and received;

k) Find that the Defendant, Donna M. Lombardo, is liable to the Plaintiff for quantum meruit;

l) Find that the Defendant, Donna M. Lombardo, has appreciated and retained the benefit of the Mortgage and the subject property;

m) Find that it would be inequitable for the Defendant, Donna M. Lombardo, to continues to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

n) Find that the Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, is entitled to restitution for this benefit from the Defendant, Donna M. Lombardo;

o) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

p)  Additionally, issue a money judgment against the Defendant, Donna M. Lombardo, and in favor of the Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, in the amount of Five Hundred Four Thousand Two Hundred Forty-Eight and 24/100 ($504,248.24 Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs;

q)  The legal description in the subject mortgage is hereby changed from "Plan of Wells Highlands, Phase 11" to "Plan of Wells Highlands, Phase II".

r)  For such other and further relief as this Honorable Court deems just and equitable.

 

Respectfully Submitted,
HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates,
By its attorneys,

Dated: June 25, 2019

/s/ John A. Doonan, Esq.
/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com