DEBRA L. ANDERSON, REGISTER OF DEEDS
E-RECORDED  Bk 17676  PG 155
Instr # 2018009601
03/14/2018  01:06:27 PM
Pages 2    YORK CO

## QUITCLAIM ASSIGNMENT

WHEREAS, **NEW CENTURY MORTGAGE CORPORATION**, a California corporation with a place of business at 11155 Shadow Court, Auburn, CA 95602, is the Lender ("**Lender**") on a certain mortgage executed by Jeffrey A. Dowell and Donna M. Lombardo, and bearing the date of the 26th day of September, 2006 and recorded on the 27th day of September, 2006 in the York County Registry of Deeds in Book 14965, Page 615 (the "**Mortgage**");

WHEREAS, **Lender** has certain rights that are described in the **Mortgage**;

WHEREAS, **Mortgage Electronic Registration Systems, Inc. ("MERS")**, was designated the mortgagee in the Mortgage as the nominee of **Lender** and its successors and assigns, and MERS was the mortgagee of record;

WHEREAS, **Lender** filed for protection under Chapter 11 of the United States Bankruptcy Code in the District of Delaware (Docket No. 07-10416-BLS) (the "Bankruptcy");

WHEREAS, pursuant to the Modified Second Amended Joint Chapter 11 Plan of Liquidation dated as of September 30, 2009 (the "Plan"), the New Century Liquidating Trust, as Successor-in-Interest to the **Lender** (the "Trust"), executed a Limited Power of Attorney in favor of HSBC Bank USA, National Association dated March 12, 2012 in connection with the **Mortgage**;

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS had in the Mortgage;

WHEREAS, this Quitclaim Assignment is made without recourse to or against the Trust and **Lender**, and without representation or warranty, express or implied, by the Trust and Lender;

WHEREAS, **Lender** wishes to convey and assign any and all rights it may have under the Mortgage;


PLAINTIFF'S EXHIBIT E

Accordingly, **Lender** hereby assigns and quit claims to **HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates** all of its rights, title and interests (whatever they may be, if any) in the Mortgage.

Dated:

HSBC BANK USA, NATIONAL ASSOCIATION,
as Attorney-in-Fact for
NEW CENTURY MORTGAGE CORPORATION

By: _____
Title: VP & ASST SECY ASD
Type/Print Name: MANUEL HIDALGO

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

Personally appeared before me this **5th** day of **March**, 2018, the above-named MANUEL HIDALGO, VP & ASST SECY ASD on behalf of HSBC Bank USA, National Association, as Attorney-in-Fact for New Century Mortgage Corporation and acknowledged the foregoing to be his/her free act and deed and the free act and deed of HSBC Bank USA, National Association, as Attorney-in-Fact for New Century Mortgage Corporation.

Mary Lee
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG065115
Expires 1/23/2021

Type/Print Name: MARY LEE
Notary Public
My Commission Expires: 1/23/2021

PROPERTY ADDRESS:
93 Spicebush Drive, Wells, ME 04090