UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates | CIVIL ACTION NO: 2:19-cv-00291-NT |
| Plaintiff | CONSENT JUDGMENT OF FORECLOSURE AND SALE |
| vs. | RE: 93 Spicebush Drive, Wells, ME 04090 |
| Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Donna M. Lombardo | Mortgage: September 26, 2006 Book 14965, Page 0615 |
| Defendant LVNV Funding, LLC | |
| Party-In-Interest | |

Now comes the Plaintiff, HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates, and the Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Donna M. Lombardo and hereby submit this Consent Judgment of Foreclosure and Sale.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

If the Defendant or their heirs or assigns pay HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-

Through Certificates ("HSBC Bank") the amount adjudged due and owing ($600,942.42) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A § 6322, HSBC Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
| --- | --- |
| Principal Balance | $264,659.95 |
| Interest | $272,175.00 |
| Escrow Advance Balance | $61,644.81 |
| Unapplied Funds | $-1,290.54 |
| Advance Balance | $3,661.02 |
| Late Fees | $92.18 |
| Grand Total | $600,942.42 |

1. If the Defendant or their heirs or assigns do not pay HSBC Bank the amount adjudged due and owing ($600,942.42) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Wells Property shall terminate, and HSBC Bank shall conduct a public sale of the Wells Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $600,942.42 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324.  HSBC Bank may not seek a deficiency judgment against the pursuant to the Plaintiff's waiver of deficiency.

2. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the

applicable period has expired without action or that the final judgment has been entered following appeal.

3. The amount due and owing is $600,942.42 and the mortgage loan is in default, as a result of the Borrowers, Donna Lombardo and Jeffrey A. Dowell, having failed to comply with the terms of the Note, the object of this litigation, are in breach of both the Note and Mortgage. Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Donna M. Lombardo is not personally liable, and accordingly this action does not seek personal liability on the part of that Defendant, and this judgment shall act solely as an *in rem* judgment against the property.

4. The priority of interests is as follows:

    ● HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates has first priority, in the amount of $600,942.42, pursuant to the subject Note and Mortgage.

    ● LVNV Funding, LLC who has been defaulted. has the second priority behind the Plaintiff pursuant to a Writ of Execution dated June 24, 2010, in the amount of $1,514.17, and recorded in the York County Registry of Deeds in Book 15906, Page 866.

    ● Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Donna M. Lombardo have the third priority behind the Plaintiff.

5. The prejudgment interest rate is 7.27500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 10.69%, pursuant to 14 M.R.S.A. § 1602-C (the one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue – December 2022, 4.69% plus 6% for a total post-judgment interest rate of 10.69%).

6. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates<br>7105 Corporate Drive<br>Plano, TX 75024 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Donna M. Lombardo | Pro Se |
| PARTIES-IN-INTEREST | | |

    LVNV Funding LLC   Pro Se
    c/o Corporation Service
    Company
    45 Memorial Circle
    Augusta, ME 04330

a) The docket number of this case is No. 2:19-cv-00291-NT.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 93 Spicebush Drive, Wells, ME 04090, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 93 Spicebush Drive, Wells, ME 04090. The Mortgage was executed by the Defendants, Jeffrey A. Dowell and Donna Lombardo on September 26, 2006. The book and page number of the Mortgage in the York County Registry of Deeds is Book 14965, Page 0615.

e) The Borrowers, Donna Lombardo and Jeffrey A. Dowell, having failed to comply with the terms of the Note, the object of this litigation, are in breach of both the Note and Mortgage. Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Donna M. Lombardo is not personally liable, and accordingly this action does not seek personal liability on the part of that/those Defendant(s), and this judgment shall act solely as an *in rem* judgment against the property.

f) This judgment shall not create any personal liability on the part of the

Defendant but shall act solely as an *in rem* judgment against the property, 93 Spicebush Drive, Wells, ME 04090.

Dated: October 30, 2023 /s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Dated: October 17, 2023 /s/Benjamin P. Campo, Esq.
Benjamin P. Campo, Esq.
490 Walnut Hill Road
North Yarmouth, ME 04097

**SO ORDERED.**

/s/ Nancy Torresen
U.S. District Court

Dated this 1st day of November, 2023.